**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-7536**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RYAN NEWSOME,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Robert J. Staker, Senior District Judge. (CR-94-83, CA-96-766)

Submitted: April 29, 1998        Decided: May 14, 1998

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ryan Newsome, Appellant Pro Se. Stephanie Dawn Thacker, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), and denying his motion for reconsideration. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Appellant's motions for a certificate of appealability, for a limited remand for the district court to issue a certificate of appealability, and for a stay pending the district court's issuance of a certificate of appealability. We dismiss the appeal on the reasoning of the district court. United States v. Newsome, Nos. CR-94-83; CA-96-766 (S.D.W. Va. July 21, 1997; Sept. 2, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2